**Christopher WIMMER, Appellant,**

v.

**MARIANIST PROVINCE OF the UNITED STATES, a Non–Profit Corporation, Father Martin Solma, Provincial of the Marianist Province of the United States, and Chaminade College Preparatory, Inc., a Non–Profit Corporation, Respondents.**

**No. ED 104526**

Missouri Court of Appeals,
Eastern District,
**DIVISION FOUR.**

Filed: February 21, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied April 10, 2017

Application for Transfer Denied June 27, 2017

Nicole E. Gorovsky Kenneth, Michael Chackes, St. Louis, Missouri, for Appellant.

Gerard Thomas Noce, Justin Assouad, Alexander Haar, St. Louis, Missouri, for Respondents.

Before James M. Dowd, P.J., Kurt S. Odenwald, J., and Gary M. Gaertner, Jr., J.

### ORDER

PER CURIAM

In 2015, Christopher Wimmer ("Appellant") filed a two-count petition against Marianist Province of the United States ("Marianist"), Father Martin Solma, and Chaminade College Preparatory, Inc.

("Chaminade") (collectively "Respondents") arising out of the sexual abuse committed against him by two deceased Marianist Brothers when he was a student at Chaminade's middle school and high school in the 1970s. Count one alleged the intentional failure to supervise clergy and count two alleged the intentional infliction of emotional distress against all Respondents. The trial court dismissed Appellant's petition as barred by the statute of limitations because it found that his claims accrued when he turned twenty-one and thus ran five years after that date. Finding that no error of law appears, we affirm.

An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).